UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIA JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>NORIDIAN MUTUAL INSURANCE COMPANY,<br><br>         Defendant. | NO: CV-10-427-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is Plaintiff's Stipulation of Counsel for Dismissal (Ct. Rec. 10. Having reviewed said stipulation and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Stipulation of Counsel for Dismissal with Prejudice (**Ct. Rec. 10**) is **APPROVED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 23rd day of March, 2011.

                                   *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2